# In the United States Court of Federal Claims

|  |  |
|---|---|
| MICHAEL A. and TINA C. BRATCHER, et al., ) ) )  ) Plaintiffs, ) ) v. ) ) THE UNITED STATES OF AMERICA, ) ) Defendant. ) ) | No. 15-986L<br>(Filed: June 18, 2018) |

## **ORDER**

Plaintiffs have advised the Court that the parties have reached a settlement regarding interest damages. ECF No. 125. Accordingly, pursuant to Rule 58, the Clerk is directed to enter judgment in favor of Plaintiffs as set forth in the table below.

| Claim No. | Owner | Total Interest through 2/24/18 | Per Diem Interest After 2/24/18 |
|---|---|---|---|
| 1a | William Payne | $1,996.14 | $1.03 |
| 1b | William Payne | $2,063.13 | $1.06 |
| 2 | Kenneth and Henryetta Payne | $3,772.97 | $1.94 |
| 3a, 3b | David and Malia Emerson | $156.25 | $0.08 |
| 4 | Drew Emerson | $817.90 | $0.42 |
| 12 | King Revocable Trust | $1,592.93 | $0.82 |
| 13 | Stephenson Revocable Trust | $366.24 | $0.19 |
| 14a | James Scott | $987.20 | $0.51 |
| 14b | James Scott | $1,087.22 | $0.56 |

| 15 | Flint and Connie Neece | $3,305.77 | $1.70 |
| 16 | Lori Locke | $2,196.19 | $1.13 |
| 17 | David and Doreen Hasenbeck | $1,037.21 | $0.53 |
| 18 | Simnitt Family Trust | $674.08 | $0.35 |

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge